**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**FIRST INTERIM FEE APPLICATION COVER SHEET**

IN RE: <u>Nuvico, Inc., *et al.*</u>          APPLICANT: <u>McCarter & English, LLP</u>

CASE NO.: 16-33240 (SLM)          CLIENT: <u>Charles Stanziale, Chapter 7 Trustee</u>

INITIAL CHAPTER: <u>7</u>          CASES FILED: <u>December 2, 2016</u>

CONVERTED CHAPTER: _____          CONVERSION DATE: _____

**SECTION 1
FEE SUMMARY**

**FIRST INTERIM FEE APPLICATION**

**MATTER NO. 1:**

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Beckelman, Steven A. | Partner, NJ Bar 1982, Business Litigation | 635.00 | 17.00 | 10,795.00 |
| Beckelman, Steven A. | Partner, NJ Bar 1982, Business Litigation | 620.00 | 3.70 | 2,294.00 |
| Buck, Kate R. | Partner, DE Bar 2008, Bankruptcy/Restructuring | 510.00 | 0.10 | 51.00 |
| Buck, Kate R. | Partner, DE Bar 2008, Bankruptcy/Restructuring | 470.00 | 0.10 | 47.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 735.00 | 0.40 | 294.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 595.00 | 3.90 | 2,320.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 575.00 | 4.20 | 2,415.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 550.00 | 8.80 | 4,840.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 625.00 | 0.40 | 250.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 575.00 | 0.3 | 172.50 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 530.00 | 0.5 | 265.00 |

ME1\57081210.v1

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 505.00 | 2.50 | 1,262.50 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 460.00 | 1.10 | 506.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 420.00 | 1.20 | 504.00 |
| Seaman, Daniel R. | Associate, NJ Bar 2006, Bankruptcy/Restructuring | 440.00 | 1.40 | 616.00 |
| Green, Anthony | Paralegal, Bankruptcy/Restructuring | 195.00 | 5.50 | 1,072.50 |
| Lipstein, Stacy | Paralegal, Bankruptcy/Restructuring | 235.00 | 8.70 | 2,044.50 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 310.00 | 2.20 | 682.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 295.00 | 0.20 | 59.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 260.00 | 5.80 | 1,508.00 |
| | **TOTAL** | | **68.00** | **31,998.50** |
| | *Averaged Billing Rate* | **470.57** | | |

**MATTER NO. 1: SECTION II**
**SUMMARY OF SERVICES**

| Task | | Hours | Amount |
|---|---|---|---|
| D22 | ASSET DISPOSITION | 0.3 | 93.00 |
| D24 | CASE ADMINISTRATION | 37.1 | 16,762.00 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 2.4 | 936.00 |
| D30 | LITIGATION | 14.2 | 6,207.00 |
| D44 | AVOIDANCE ACTION ANALYSIS | 12.2 | 7,469.50 |
| D49 | RETENTION APPLICATIONS - OTHERS | 1.50 | 352.50 |
| D50 | TRAVEL TIME (billed at ½ rate) | 0.30 | 178.50 |
| | **TOTALS** | **68.0** | **31,998.50** |

# MATTER NO. 1: SECTION III
# SUMMARY OF DISBURSEMENTS

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---|
| FEDERAL EXPRESS | $ 120.71 |
| PACER ELECTRONIC RESEARCH | $ 2.40 |
| PHOTOCOPIES | $ 17.30 |
| POSTAGE | $ 161.63 |
| CERTIFIED COPIES OF DOCUMENTS | $ 100.93 |
| PROCESS SERVER RE SUBPOENAS | $ 1,215.40 |
| TRANSCRIPTS | $ 1,479.60 |
| SPECIAL SERVICES | $ 17.50 |
| CD DUPLICATING | $ 2.50 |
| **TOTAL** | **$ 3,117.97** |

ME1\57081210.v1

**MATTER NO. 3:**

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 595.00 | 3.70 | 2,201.50 |
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 580.00 | 5.90 | 3,422.00 |
| Beckelman, Steven A. | Partner, NJ Bar 1982, Business Litigation | 635.00 | 9.30 | 5,905.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 685.00 | 3.20 | 2,192.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 645.00 | 6.50 | 4,192.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 595.00 | 7.10 | 4,224.50 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 460.00 | 4.70 | 2,162.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 420.00 | 2.60 | 1,092.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 370.00 | 7.10 | 2,627.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 280.00 | 0.70 | 196.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 260.00 | 7.60 | 1,976.00 |
| | **TOTAL** | | **58.4** | **30,191.00** |
| | *Averaged Billing Rate* | **516.97** | | |

4

## MATTER NO. 3: SECTION II
## SUMMARY OF SERVICES

| Task | | Hours | Amount |
|---|---|---|---|
| D30 | LITIGATION | 58.4 | 30,191.00 |
| | **TOTALS** | **58.4** | **30,191.00** |

## MATTER NO. 3: SECTION III
## NO DISBURSEMENTS

## MATTER NO. 4:

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 795.00 | 1.10 | 874.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 875.00 | 2.2 | 1,925.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 825.00 | 0.5 | 412.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 645.00 | 2.60 | 1,677.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 595.00 | 2.80 | 1,666.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 625.00 | 3.8 | 2,375.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 575.00 | 1.60 | 920.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 530.00 | 0.4 | 212.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 505.00 | 1.0 | 505.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 420.00 | 1.10 | 462.00 |
| Ethan J. Whitaker | Associate, NJ Bar 2024, Bankruptcy/Restructuring | 495.00 | 9.70 | 4,801.50 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 350.00 | 3.40 | 1,190.00 |

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 325.00 | 0.30 | 97.50 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 295.00 | 3.40 | 1,003.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 260.00 | 9.60 | 2,496.00 |
|  | **TOTAL** |  | **43.50** | **20,617.00** |
|  | *Averaged Billing Rate* | **473.95** |  |  |

**MATTER NO. 4: SECTION II**
**SUMMARY OF SERVICES**

| Task |  | Hours | Amount |
|---|---|---|---|
| D30 | LITIGATION | 43.50 | 20,617.00 |
|  | **TOTALS** | **43.50** | **20,617.00** |

**MATTER NO. 4: SECTION III**
**NO DISBURSEMENTS**

6

**MATTER NO. 5:**

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 580.00 | 0.9 | 522.00 |
| Beckelman, Steven A. | Partner, NJ Bar 1982, Business Litigation | 635.00 | 3.5 | 2,222.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 505.00 | 3.0 | 1,785.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 260.00 | 12.1 | 3,146.00 |
|  | **TOTAL** |  | **19.5** | **7,675.50** |
|  | *Averaged Billing Rate* | *393.62* |  |  |

**MATTER NO. 5: SECTION II**
**SUMMARY OF SERVICES**

| Task |  | Hours | Amount |
|---|---|---|---|
| D30 | LITIGATION | 19.5 | 7,675.50 |
|  | **TOTALS** | **19.5** | **7,675.50** |

**MATTER NO. 5: SECTION III**
**NO DISBURSEMENTS**

7

ME1\57081210.v1

**MATTER NO. 7:**

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 630.00 | 1.30 | 819.00 |
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 595.00 | 2.80 | 1,666.00 |
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 580.00 | 1.50 | 870.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 685.00 | 6.00 | 4,110.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 645.00 | 2.70 | 1,741.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 595.00 | 4.60 | 2,737.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 460.00 | 8.30 | 3,818.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 420.00 | 1.40 | 588.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 295.00 | 0.10 | 29.50 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 280.00 | 1.20 | 336.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 260.00 | 8.80 | 2,288.00 |
| Green, Anthony | Paralegal, Bankruptcy/Restructuring | 195.00 | 0.40 | 78.00 |
| | **TOTAL** | | **39.10** | **19,081.00** |
| | *Averaged Billing Rate* | **488.01** | | |

**MATTER NO. 7: SECTION II**
**SUMMARY OF SERVICES**

| Task | | Hours | Amount |
|---|---|---|---|
| D30 | LITIGATION | 39.10 | 19,081.00 |
| | **TOTALS** | **39.10** | **19,081.00** |

8

ME1\57081210.v1

## MATTER NO. 7: SECTION III
## NO DISBURSEMENTS

**MATTER NO. 8:**

| Name of Professional | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 630.00 | 0.50 | 315.00 |
| Clement J. Farley | Partner, NJ Bar 1994, Bankruptcy/Restructuring | 595.00 | 4.20 | 2,499.00 |
| Beckelman, Steven A. | Partner, NJ Bar 1982, Business Litigation | 620.00 | 3.10 | 1,922.00 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 685.00 | 1.70 | 1,164.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 645.00 | 1.70 | 1,096.50 |
| Testa, Jeffrey T. | Partner, NJ Bar 1999, Bankruptcy/Restructuring | 595.00 | 1.10 | 654.50 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 460.00 | 8.90 | 4,094.00 |
| Lynott, Geoffrey E. | Associate, NJ Bar 2016, Bankruptcy/Restructuring | 420.00 | 0.90 | 378.00 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 295.00 | 0.50 | 147.50 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 280.00 | 3.70 | 1,036.0 |
| Restivo, Linda | Paralegal, Bankruptcy/Restructuring | 260.00 | 6.50 | 1,690.00 |
| Greenstone, James J. | Other | 185.00 | 0.30 | 55.50 |
| | **TOTAL** | | **33.10** | **15,052.50** |
| | *Averaged Billing Rate* | **454.76** | | |

## MATTER NO. 8: SECTION II
## SUMMARY OF SERVICES

| Task | | Hours | Amount |
|---|---|---:|---:|
| D30 | LITIGATION | 33.10 | 15,052.50 |
| | **TOTALS** | **33.10** | **15,052.50** |

## MATTER NO. 8: SECTION III
## NO DISBURSEMENTS

**SUMMARY OF MATTERS 1, 3, 4, 5, 7 AND 8:**

| | Fees | Costs | Hours |
|---|---|---|---:|
| **Matter 1** | $ 31,998.50 | $ 3,117.97 | 68.00 |
| **Matter 3** | $ 30,191.00 | 0.00 | 58.40 |
| **Matter 4** | $ 20,617.00 | 0.00 | 43.50 |
| **Matter 5** | $ 7,675.50 | 0.00 | 19.50 |
| **Matter 7** | $ 19,081.00 | 0.00 | 39.10 |
| **Matter 8** | $ 15,052.50 | 0.00 | 33.10 |
| **TOTALS** | $ 124,615.50 | $ 3,117.97 | 261.60 |
| | | | |
| **Averaged Billing Rate** | 476.36 | | |

| Task | | Hours | Amount |
|---|---|---:|---:|
| D22 | ASSET DISPOSITION | 0.3 | 93.00 |
| D24 | CASE ADMINISTRATION | 37.1 | 16,762.00 |
| D27 | FEE/EMPLOYMENT APPLICATIONS | 2.4 | 936.00 |
| D30 | LITIGATION | 207.8 | 98,824.00 |
| D44 | AVOIDANCE ACTION ANALYSIS | 12.2 | 7,469.50 |
| D49 | RETENTION APPLICATIONS - OTHERS | 1.50 | 352.50 |
| D50 | TRAVEL TIME (billed at ½ rate) | 0.30 | 178.50 |
| | **TOTALS** | **261.6** | **$ 124,615.50** |

ME1\57081210.v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: jtesta@mccarter.com

*Attorneys for the Chapter 7 Trustee*

| | |
|---|---|
| In re:<br><br>NUVICO, INC., et al.,[1]<br><br>　　　　　Debtors. | Case No.: 16-33240 (SLM)<br>(Jointly Administered)<br><br>Chapter 7<br><br>Judge: Honorable Stacey L. Meisel<br><br>**Hearing Date: Sept. 16, 2025 @ 2:30 p.m.**<br>**Objection Deadline: Sept. 9, 2025** |

**FIRST INTERIM FEE APPLICATION OF MCCARTER & ENGLISH, LLP,**
**ATTORNEYS TO THE CHAPTER 7 TRUSTEE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM JANUARY 9, 2017 THROUGH JULY 21, 2025**

Pursuant to sections 330, 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), McCarter & English, LLP, ("McCarter & English") counsel to Charles A. Stanziale, Jr., the Chapter 7 trustee (the "Chapter 7 Trustee") in the above-captioned cases, hereby submits this first fee application (the "Application") for approval and allowance of compensation for services rendered during the time period from January 9, 2017 through July 21, 2025 (the "Application

---
[1] The Debtors in these cases are Nuvico, Inc., Nuvico, LLC, Sky Mobile Solutions, LLC, and TVS Enterprises, Inc.

ME1\56713753.v1

Period") in the amount of $124,615.50, together with reimbursement for actual and necessary expenses incurred in the amount of $3,117.97. In support of this Application, McCarter & English represents as follows:

### Jurisdiction, Venue and Predicates for Relief

1. This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334. Venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Application is a core proceeding pursuant to 28 U.S.C. §157(b). The statutory predicates for the relief requested herein are sections 330(a) and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Rule 2016 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules").

### Introduction

1. Immediately upon its retention, McCarter & English utilized its resources to assist the Chapter 7 Trustee in his investigation of the Debtors' assets, transfers and actions of its former directors and officers.

2. As a result of the efforts of McCarter & English, the Chapter 7 Trustee has recovered funds for the benefit of allowed creditors. The Chapter 7 Trustee is currently in the process of seeking to enforce and/or monetize a significant judgment obtained with the assistance of McCarter & English, and is in reviewing claims for possible substantive objection prior to seeking to close his administration of this bankruptcy proceeding and the making of distributions to allowed creditors.

3. Having worked tirelessly since its retention, McCarter & English files this First Interim Fee Application and respectfully requests entry of the proposed Order.

**Background**

4. Prior to filing for Chapter 7 bankruptcy protection the Debtors were in the business of manufacturing and selling security cameras and related equipment.

5. On December 6, 2016 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of New Jersey (the "Court").

6. On December 7, 2016, the Office of the United States Trustee appointed the Trustee to serve as the interim chapter 7 trustee in these cases.

7. By Order dated March 2, 2017, McCarter & English was retained to represent the Chapter 7 Trustee as counsel *nunc pro tunc* December 7, 2016 in this bankruptcy proceeding.

**Relief Requested and Basis Thereof**

8. In connection with the professional services described below, by this Application, McCarter & English seeks allowance of compensation for professional services rendered to the Chapter 7 Trustee during the Application Period, which spans from its retention, in the amount of $124,615.50 and reimbursement of expenses incurred in connection therewith in the amount of $3,117.97.

9. Attached hereto as **Exhibit A** is a detailed statement of all services rendered and all out-of-pocket disbursements during the Application Period. All services for which McCarter & English requests compensation were performed for, or on behalf of, the Chapter 7 Trustee.

10. The undersigned has reviewed the requirements of Local Rule 2016 and certifies that this Application complies therewith. More specifically, pursuant to Local Rule 2016, McCarter & English represents as follows with regard to its charges for actual and necessary costs and expenses:

    (a)    Copy charges are $0.10 per page, which charge is reasonable and customary in the legal industry representing costs of copy materials, acquisition, maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures. In addition, McCarter & English often utilizes outside copier services for high volume projects, and this Application seeks the recovery of those costs, if applicable; and

    (b)    Incoming facsimiles are not billed, however outgoing are billed at $1.00 per page.

11. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of requested compensation is fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of compatible services other than in a case under this title. In accordance with Section 330(a)(1)(B), all expenses are actual and necessary.

12. McCarter & English has received no payment and no promises for payment from any source for services rendered in connection with these cases. There is no agreement or understanding between McCarter & English and any person other than members of McCarter & English for the sharing of compensation to be received for the services rendered in these cases pursuant to 11 U.S.C. § 504 of the Bankruptcy Code.

13. No prior application has been made to this or any other court for the allowance of fees and expenses sought herein.

## Summary of Services Rendered

14. As of the Petition Date, the Debtors had certain assets of value, including, but not limited to, certain preferential transfers and other potential causes of action. As a result of the efforts of McCarter & English, during this Application Period the Chapter 7 Trustee was able to, among other things, conduct an extensive investigation into the Debtors' pre-petition activities and to ultimately recover funds for the benefit of allowed creditors.

ME1\56713753.v1

15. In general, the services rendered by McCarter & English as counsel to the Chapter 7 Trustee during the Application Period include, without limitation, the following:

(a) Provided legal advice with respect to the Chapter 7 Trustee's powers and duties under Bankruptcy Code Section 704;

(b) Assisted in the investigation of the Debtors' acts, conduct, assets, liabilities, and financial condition, the operation of the Debtors' business interests, and any other matters relevant to the cases or to the orderly liquidation of the estates' assets;

(c) Prepared, on behalf of the Chapter 7 Trustee, necessary applications, motions, orders, agreements and other legal papers;

(d) Reviewed, analyzed and responded to all pleadings filed in the Chapter 7 cases and adversary proceedings commenced by Trustee and appeared in court to present necessary motions, applications, and pleadings and to otherwise protect the interests of the Chapter 7 Trustee and the Debtors' estates; and

(e) Performed all other legal services for the Chapter 7 Trustee that were necessary and proper in these proceedings.

16. While set forth in detail in the attached time entries, the work of McCarter & English during this Application Period includes but is not limited to the following:

17. During this Application Period, McCarter & English assisted the Chapter 7 Trustee in obtaining the Debtors business records, including but not limited to records evidencing pre-petition transfers made by the Debtors. As it appeared the Debtors were in financial distress over an extended period of time, to facilitate performing his duties, including the review of avoidable transfers, the Chapter 7 Trustee needed to review additional business and financial records of the Debtors, many of which were believed to be in the possession of In Jin Choi ("Choi"), who was a principal and controlling person of the Debtors and Junie Park ("Park") was the controller of the Debtors.

ME1\56713753.v1

18. McCarter & English prepared and issued subpoenas to Choi and Park, and after a period of noncompliance, filed a motion to compel compliance with the subpoenas. The Chapter 7 Trustee ultimately reached a resolution with Choi and Park and entered into a stipulation and consent order with them.

19. In addition to the documents received from Choi and Park, McCarter & English assisted the Trustee in obtaining possession of documents and records from the Debtors and other third parties pursuant to subpoenas and other document demands.

20. Thereafter McCarter & English assisted the Chapter 7 Trustee in the analysis of the applicable records and identified several litigation targets.

21. During this Application Period, McCarter & English prepared and filed adversary proceedings against the following parties:

- Alarmex Distributors Inc.
- Bridgesol Advisors, LLC
- Canal Alarm Devices, Inc.
- Digital Watchguard, Inc. d/b/a DWG
- Hudson Spa Club, LLC
- Jin Choi'Young Soo Choi and Blazewood Capital Partners, LLC
- Junie Park

22. McCarter & English prosecuted the avoidance actions, negotiated settlements with various of the defendants, and drafted and filed settlements of controversy and 9019 settlement motions. Finally, McCarter & English, defaulted one defendant, obtained a judgment against it, and issued an information subpoena, which judgment collection efforts remain ongoing.

23. In addition to the above, during this Application Period McCarter & English also assisted the Chapter 7 Trustee with various other necessary legal matters, including but not limited to the following:

a) During this Application Period, McCarter & English filed a motion to extend time to remove actions.

b) During this Application Period, McCarter & English prepared the necessary retention applications for itself as counsel to the Trustee and Giuliano, Miller & Company, LLC as accountant to the Trustee to prepare the necessary tax returns and assist with the Trustee's forensic investigation.

c) During this Application Period, McCarter & English filed a motion to jointly administer the Debtors; and

d) During this application period McCarter & English assisted the Chapter 7 Trustee in his disposition of certain equipment of the Debtors' properties by abandonment.

24. As set forth herein, the significant efforts of McCarter & English during this Application Period have benefitted the Chapter 7 Trustee and the bankruptcy estate.

## Conclusion

**WHEREFORE,** McCarter & English respectfully requests that first interim allowance be made for compensation for services rendered and reimbursement of expenses incurred in these cases in the amounts set forth herein, and that this Court authorizes the Chapter 7 Trustee to pay McCarter & English these amounts from the assets of the Debtors' estates.

Dated:  August 20, 2025

                             **McCARTER & ENGLISH, LLP**

By: */s/ Jeffrey T. Testa*
     Jeffrey T. Testa
     Four Gateway Center
     100 Mulberry Street
     Newark, NJ 07102
     Telephone: (973) 622-4444
     Facsimile:  (973) 624-7070
     Email: jtesta@mccarter.com

*Attorneys for Chapter 7 Trustee*

ME1\56713753.v1